PD-0019-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/14/2015 1:09:16 PM
Accepted 9/14/2015 2:23:04 PM
ABEL ACOSTA
CLERK

## No. PD-0019-15

---

## IN THE TEXAS COURT OF CRIMINAL APPEALS

---

## STATE OF TEXAS, APPELLANT

v.

## ALBERT G. HILL III, APPELLEE

---

## NOTICE OF ADDRESS CHANGE

---

Chad Baruch, counsel for the State provides notice of his address change as indicated in the signature block

Respectfully submitted,

/s/Charles "Chad" Baruch
Johnston Tobey PC
3308 Oak Grove Avenue
Dallas, Texas 75204
Telephone: (214) 741-6260
Facsimile: (214) 741-6248
E-Mail: chad@jtlaw.com

*District Attorney Pro Tem*

**NOTICE OF CHANGE - PAGE 1**

## Certificate of Service

The undersigned certifies a true and correct copy of this instrument was served this 15th day of September, 2015, upon the following counsel of record by efiling as follows:

Michael Mowla
445 East FM 1382, Suite 3-718
Cedar Hill, Texas 75104
michael@mowlalaw.com

/s/Charles "Chad" Baruch